Christopher Gilmore
Plaintiff
v.
(fnu) Neph, (fnu) Tannehill, (fnu) Barth
(fnu) Smith, Vital Core Nurse Jane Doe,
Vital Core, Jeff Easter, (fnu) Rocha,
Sedgwick County Bd of County Commissioners

United States District Court
District of Kansas

5:22-CV-03316-JWL-JPO

FILED
MAR 06 2023
Clerk, U.S. District Court
By_____ Deputy Clerk

## Motion for Court Ordered - Martinez Report

Comes now, plaintiff Christopher Gilmore to move this court to order defendants Vital Core, and Jeff Easter, and Sedgwick County Bd. of County Commissioners conduct investigations and prepare a Martinez Reports regarding Material Facts that may be in dispute between Plaintiffs allegations and any anticipated denials of acts alleged thru this cause of action.

### Facts

A. Plaintiff Gilmore has documented history of Traumatic Brain Injury due to Motorcycle Wrecks

B. Plaintiff Gilmore has struggled with surviving screening due to deliberate obstruction by some of the named defendants in this case and 22-3181-JWL due to extremely narrow time limits imposed.

C. Plaintiff has standing at law and in equity to pursue relief from injuries in fact, at law and in equity from use of 42 USC 1983 against

(1)

Case 5:22-cv-03316-JWL   Document 11   Filed 03/06/23   Page 2 of 6

named defendants. Plaintiff further fears a 2nd Amended Complaint in this case may be necessary should the 1st Complaint be deficient.

d. This plaintiff will continue to file amended complaints until all deficiencies are cured and these defendants are held accountable

e. Material Facts will be contested by these defendants, therefore facts are in dispute

### Argument & Authority

This plaintiff relies on Martinez v. Aaron, 570 F2d 317 (10th Cir 1978), Hall v. Bellman (10th Cir 1991) and Scriven v. Vital Core (D. Kan 2023) to argue that this court has substantial and relevant knowledge concerning defendants named in this action and other actions to justify a Martinez Report to establish similar acts and conduct by defendants Sedgwick County Sheriff Dept. and Vital Core LLC. This report will assist court in screening processes under PLRA and Plaintiffs Claims under 28 USC 1915

### Relief Requested

Plaintiff hereby requests court order for Martinez Report based on Vital Cores admission of fault and the corrective action taken Feb 1st 2023 where the appropriate adhesives are provided with Plaintiff

(2)

being given the oppurtunity to train Nurses Ryan and Megan in application of adhesives. Without relief thru this being ordered this Plaintiff risks not surviving screening, despite being actually injured in fact, at law, and in equity.

X Chris Gilmer
March 2 2023

Certificate of Service

I hereby certify this motion was mailed to US District Court on March 2nd 2023 to the 401 N. Market St. Wichita Court due to time Constraints

Chris Gilmer
Mar 2n 2023