# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**CHRISTOPHER GILMORE,**

        **Plaintiff,**

v.                                Case No. 22-3316-JWL

**(FNU) NEPH, (FNU) TANNEHILL, (FNU) BARTH, (FNU) SMITH, (FNU) ROCHA, JEFF EASTER, VITAL CORE, JANE DOE and SEDGWICK COUNTY, KANSAS, BOARD OF COMMISSIONERS,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

( )     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)     **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the Amended Complaint is dismissed for failure to state a claim upon which relief may be granted.

Entered on the docket 04/21/23

**Dated: April 21, 2023**                      SKYLER B. O'HARA
                                                   CLERK OF THE DISTRICT COURT

                                                   s/S. Nielsen-Davis
                                                   **Deputy Clerk**