Christopher Gilmore
    Plaintiff
  v.
(FNU) Neph, et al
    Defendants

United States Dist Court
District of Kansas
Case 22-3316-JWL

FILED
U.S. District Court
District of Kansas
MAY 12 2023
Clerk, U.S. District Court
By _____ Deputy Clerk

Notice of Appeal of Case Dismissal
Pursuant to Rules of Civil Procedure

This plaintiff hereby files notice of Appeal if not given oppurtunity to file a 2nd or 3rd Amended Complaint Seeking relief under 42 U.S.C 1983 in the above titled case.

If this notice does not comply with FRCP, It is requested the Court send proper forms for appeal

X Chris Gilmore
May 8 2023

Certificate of Service
I hereby certify this was mailed to the US District Court in Wichita Kansas via US mail on May 9th 2023

Chris Gilmore