Christopher Gilmore
   Plaintiff/Appellant

v.

(FNU) Neph, et al
   Defendants

United States District Court
District of Kansas
10th Circuit Court of Appeals

22-3316-JWL-JPO

FILED
U.S. District Court
District of Kansas
JUL 27 2023
Clerk, U.S. District Court
By _____ Deputy Clerk

3rd Notice of Appeal of Dismissal of Case

Comes now, Christopher Gilmore to properly file a 3rd Notice of Appeal in the above titled case on April 21st 2023

Pursuant to Federal Rules of Appellate Procedure this plaintiff who is Illegally Detained at the Sedgwick County ADF, hereby requests this court Clerk to file this 3rd Notice of Appeal and Send appeal forms to appellant.

This appellant sent in 2 Notices of Appeal in this case on/about Apr 30th 2023 and a 2nd Notice on/about early to mid May 2023

This appellant obtained a Court Order on May 12 2023 granting copies of Complaints in 22-3316-JWL and 23-3113-JWL and an extension to Respond in later case til June 30th.

Appellant Gilmore never received any forms or receipt of Notices of Appeal being filed.

(1)

This appellant has struggled substantially to keep up with filing deadlines, and with maintaining envelopes, paper, pens; while the Sedgwick County Adult Detention Center has effected abuse, obstruction, interference with mail, and blanket denial of access to law library, copies, in bad faith.

On multiple occasions this court has provided defense of defendants named by this plaintiff by applying extremely stringent screening procedures in excess of PLRA 1915 rules.

This plaintiff/Appellant hereby makes formal demand for Equal Protection Under Color of Law

X Chris Gilmore

July 22 2023

Certificate of Service

I hereby certify this 3rd Notice of Appeal is mailed to 401 N. Market Wichita, Kansas Via US Mail

Chris Gilmore
July 22 2023